UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY PAUL MARTIN, | § | |
| | § | |
|     Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-11-199 |
| | § | |
| RICK THALER, | § | |
| | § | |
|     Respondent. | § | |

ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO GRANT RESPONDENT'S MOTION
TO DISMISS AS A SUCCESSIVE PETITION

On September 9, 2011, Magistrate Judge Brian L. Owsley issued his "Memorandum and Recommendation to Grant Respondent's Motion to Dismiss as a Successive Petition" (D.E. 19) recommending the granting of Respondent's Motion (D.E.15). Petitioner timely filed his Objections on September 28, 2011 (D.E. 21).

Having reviewed the findings of fact and conclusions of law in the Magistrate Judge's Memorandum and Recommendation (D.E. 19), as well as the pleadings on file and Petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Habeas Corpus Rule 10 of the rules governing cases under 28 U.S.C. § 2254, the Court hereby adopts as its own the findings and

conclusions of the Magistrate Judge.

    ORDERED this 3rd day of October, 2011.

                                              _____
                                              NELVA GONZALES RAMOS
                                              UNITED STATES DISTRICT JUDGE